Abraham J. Colman (SBN 146933)
Email:   acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email:   rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendants Seterus, Inc. and Federal National Mortgage Association

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. TILLEY,<br><br>              Plaintiff,<br><br>      vs.<br><br>SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; OCWEN LOAN SERVICING, LLC; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.:   3:16-cv-01858-LAB-BGS<br><br>**NOTICE OF SETTLEMENT**<br><br>Compl. Filed:    June 20, 2016<br><br>Honorable Larry Alan Burns |

**TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff John W. Tilley and Defendants Seterus, Inc. and Federal National Mortgage Association (together, the "Parties") have reached a settlement of the above-captioned matter.

Terms of the agreement have not yet been set to writing, but it is anticipated that a dismissal of the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) will be filed within forty (45) days of the date of this Notice.

Dated: October 12, 2016                                          Dated: October 13, 2016

By: *s/ Marc Applbaum*                                          By: *s/ Raffi Kassabian*
Marc Applbaum                                                        Raffi Kassabian
KETTNER LAW CORPORATION                              REED SMITH LLP
Attorney for Plaintiff John W. Tilley                         Attorneys for Defendants Seterus, Inc. and Federal National Mortgage Association