**Kettner Law Corporation**
Marc Applbaum (SBN 222511)
2150 W Washington Street, Suite 104
San Diego, CA 92110
Tel: (619) 756-7300
Fax: (619) 363-3944
marc@kettnerlaw.com

Attorney for Plaintiff, JOHN W. TILLEY.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. TILLEY<br><br>            Plaintiff,<br><br>v.<br><br>SETERUS, INC.; et. al.<br><br>            Defendants. | Case No.: 3:16-cv-01858-LAB-BGS<br><br>*Assigned to Hon. Larry Alan Burns*<br><br>**JOINT MOTION AND STIPULATION TO DISMISS** |

- 1 -

CASE NO.  3:16-cv-01858-LAB-BGS
JOINT MOTION AND STIPULATION TO DISMISS

Plaintiff, JOHN TILLEY, and Defendants, SETERUS, INC.; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and OCWEN LOAN SERVICING, LLC, through their respective counsel of record, hereby stipulate and jointly move pursuant to Federal Rule of Civil Procedure 41 as follows:

1. The parties to this action have reached settlement of this entire matter.
2. Plaintiff hereby dismisses this action in its entirety *with* prejudice.
3. Each of the parties to this joint motion and stipulation hereby agree to bear their own respective attorney's fees and costs.
4. Accordingly, the parties hereto request that the Court execute and enter the proposed order e-mailed to the Court reflecting the substance of this joint motion and stipulation.

Respectfully submitted,

DATED:  November 23, 2016            KETTNER LAW CORPORATION

                                     BY:   /s/ Marc Applbaum
                                           MARC APPLBAUM
                                     Attorney for *Plaintiff*, JOHN W. TILLEY

DATED:  November 23, 2016            HINSHAW & CULBERTSON LLP

                                     BY:   /s/ Gary Devlin
                                           GARY DEVLIN
                                     Attorney for *Defendant,*
                                     OCWEN LOAN SERVICING LLC

- 2 -

CASE NO.  3:16-cv-01858-LAB-BGS
JOINT MOTION AND STIPULATION TO DISMISS

DATED: November 23, 2016        REED SMITH LLP

BY: ___/s/ Raffi Kassabian_____
    RAFFI KASSABIAN
    Attorney for *Defendants,*
SETERUS, INC.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION

Pursuant to Section 2 (f)(4) of the Electronic Case Filing Administration Policies and Procedures of the United States District Court for the Southern District of California, I certify that the contents of this document is acceptable to Defendants', SETERUS, INC. and FEDERAL NATIONAL MORTGAGE ASSOCIATION, counsel, Raffi Kassabian, and Defendant's, OCWEN LOAN SERVICING LLC, counsel, Gary Devlin, and that I have obtained their authorization to affix their electronic signatures to this document.

DATED: November 23, 2016        KETTNER LAW CORPORATION

BY: ___/s/ Marc Applbaum_____
    MARC APPLBAUM
    Attorney for *Plaintiff*, JOHN W. TILLEY

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein refereed to, over the age of 18 years old, and not a party to this action. My business address is 2150 W. Washington St., Suite 104, San Diego, CA 92110.

On November 23, 2016, I served the following document (s):

**JOINT MOTION AND STIPULATION TO DISMISS**

on the interested parties in said case as follows:

| Served by Means Other than Electronically Via the Court's CM/ECF System | Served by Means Other than Electronically Via the Court's CM/ECF System |
|---|---|
| *Counsel for Seterus, Inc.; Federal National Mortgage Association:* | *Counsel for Ocwen Loan Servicing, LLC:* |
| **Raffi Kassabian**<br>Reed Smith LLP<br>355 South Grand Avenue<br>Suite 2900<br>Los Angeles, CA 90071<br><br>(213) 457-8000<br>Fax: (213) 457-8080<br>Email: rkassabian@reedsmith.com | **Gary E. Devlin**<br>Hinshaw & Culbertson LLP<br>11601 Wilshire Boulevard, 8th Floor<br>Los Angeles, CA 90025<br><br>(310)909-8000<br>Fax: (310)909-8001<br>Email: gdevlin@hinshawlaw.com |

X____ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. I declare that I am employed in the office of a member of the Bar of this court, at whose direction the service was made. This declaration is executed in San Diego, California on November 23, 2016.

_____Erin MacLeod_____
(Type of Print Name)

_____
(Signature of Declarant)

CASE NO. 3:16-cv-01858-LAB-BGS
CERTIFICATE OF SERVICE